United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 16, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 04-30816

---

NABORS OFFSHORE CORPORATION,

                                        Plaintiff,

CERTAIN UNDERWRITERS AT LLOYDS OF LONDON,
and Certain Insurance Companies
Subscribing to Policy Numbers JHB-CJP-1278B
and JHB2M000109,

                                        Intervenor - Plaintiff,

                     versus

TRI-UNION DEVELOPMENT CORPORATION,

                                        Third-Party - Plaintiff,

                     versus

OTECO, INCORPORATED,

                                        Third-Party - Defendant,

*********************************************************

ARNOLD BENOIT; ET AL,

                                        Plaintiffs,

ARNOLD BENOIT,

                                        Plaintiff - Appellant,

                     versus

OTECO, INC.

                                        Intervenor Defendant - Appellee.

---

Appeal from the United States District Court
For the Eastern District of Louisiana

---

(2:02-CV-2976)

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

HIGGINBOTHAM, Circuit Judge:[*]

We are persuaded that the verdict of the jury is supported by the evidence and AFFIRM the district court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.